371 A.2d 1293

Angeletti v. Angeletti, Appellant.

Argued November 15, 1976. James A. Moschetta, for appellant; Gordon F. Harrington, with him Greenlee, Richman, Derrico & Posa, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WATKINS, P. J., absent.

371 A.2d 1292

Anthony v. Shupeck, Appellant.

Argued November 16, 1976. William J. Krzton, submitted a brief for appellant; Howard A. Anthony, in propria persona, with him T. E. Macurdy, for appellee.

Judgment and order affirmed.

WATKINS, P. J., absent.